1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  RICHARD A. DANA (SBN 197403)
   rdana@hayesscott.com
4  **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
   203 Redwood Shores Parkway, Suite 480
5  Redwood City, California 94065
   Telephone: 650.637.9100
6  Facsimile: 650.637.8071

7  Attorneys for Defendant
   STATE FARM MUTUAL
8  AUTOMOBILE INSURANCE CO.

9
   WALTER L. DAVIS (SBN 98513)
10 Walter@DavisLitigation.com
   1999 Harrison Street, Ste. 1350
11 Oakland, CA 94612
   Telephone: 510.588.7543
12 Facsimile: 510.588.7544

13 Attorneys for Plaintiff
   ERIC JONES
14

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA

17 
| ERIC JONES, | CASE NO. C11-06621 SC |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL;** ~~[PROPOSED]~~ **ORDER** |
| v. | **[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

24   IT IS HEREBY STIPULATED by Plaintiff Eric Jones through his attorney of record,
25 Walter L. Davis, and Defendant State Farm Mutual Automobile Insurance Company through their
26 attorney of record Stephen M. Hayes of Hayes Scott Bonino Ellingson & McLay, LLP, that the
27 above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal
28 Rules of Civil Procedure, rule 41(a)(1). Each party to bear their own costs.

394084                              -1-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – Case No. C11-06621 SC**

1  Dated: July __9__, 2012

2                    BY FAX:           By _____(signature)_____
3                                          WALTER L. DAVIS
4                                          Attorney for Plaintiff
                                            ERIC JONES
5

6  Dated: July __10__, 2012           HAYES SCOTT BONINO ELLINGSON
7                                      & McLAY, LLP

8
                                       By _____(signature)_____
9                                          STEPHEN M. HAYES
10                                         STEPHEN P. ELLINGSON
                                            RICHARD A. DANA
11                                         Attorneys for Defendant
                                            STATE FARM MUTUAL AUTOMOBILE
12                                         INSURANCE COMPANY

13
                                       ORDER
14

15    IT IS SO ORDERED.

16
17  Dated: July ___10___, 2012         _____(signature)_____
                                        HONORABLE
18                                      UNITED STATES DISTRICT COURT FOR THE
                                        NORTHERN DISTRICT OF CALIFORNIA
19                                      Judge Samuel Conti

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti)

394084                              -2-
STIPULATION OF DISMISSAL; [PROPOSED] ORDER – Case No. C11-06621 SC