```
1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  RICHARD A. DANA (SBN 197403)
   rdana@hayesscott.com
4  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
5  Redwood City, California 94065
   Telephone: 650.637.9100
6  Facsimile: 650.637.8071

7  Attorneys for Defendant
   STATE FARM MUTUAL
8  AUTOMOBILE INSURANCE CO.

9
   WALTER L. DAVIS (SBN 98513)
10 Walter@DavisLitigation.com
   1999 Harrison Street, Ste. 1350
11 Oakland, CA 94612
   Telephone:  510.588.7543
12 Facsimile:  510.588.7544

13 Attorneys for Plaintiff
   ERIC JONES
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC JONES,                           | CASE NO.  C11-06621 SC                      |
|---------------------------------------|---------------------------------------------|
|              Plaintiff,               | **STIPULATION OF DISMISSAL;** ~~[PROPOSED]~~ **ORDER** |
|              v.                       | [Fed. Rule Civ. Proc., Rule 41(a)(1)]       |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, |                                   |
|              Defendants.              |                                             |

IT IS HEREBY STIPULATED by Plaintiff Eric Jones through his attorney of record, Walter L. Davis, and Defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen M. Hayes of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party to bear their own costs.

```
 1 | Dated: July ___9___, 2012
 2 |                                  BY FAX:          By (signature)
 3 |                                                   WALTER L. DAVIS
 4 |                                                   Attorney for Plaintiff
   |                                                   ERIC JONES
 5 |
 6 | Dated: July ___10___, 2012                        HAYES SCOTT BONINO ELLINGSON
 7 |                                                   & McLAY, LLP
 8 |
 9 |                                                   By (signature)
10 |                                                   STEPHEN M. HAYES
11 |                                                   STEPHEN P. ELLINGSON
   |                                                   RICHARD A. DANA
12 |                                                   Attorneys for Defendant
   |                                                   STATE FARM MUTUAL AUTOMOBILE
13 |                                                   INSURANCE COMPANY
14 |
15 |            IT IS SO ORDERED.                      ORDER
16 |
17 | Dated: July ____10____, 2012
18 |                                                   HONORABLE (signature)
19 |                                                   UNITED STATES DISTRICT COURT FOR THE
   |                                                   NORTHERN DISTRICT OF CALIFORNIA
                                                       Judge Samuel Conti
```

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Samuel Conti)

394084                                    -2-
STIPULATION OF DISMISSAL; [PROPOSED] ORDER – Case No. C11-06621 SC